NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JEREMY L. BURKHARDT (CA SBN 321744)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-5810
    Facsimile: (213) 894-0115
    E-mail: Jeremy.Burkhardt@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CLEAR RECON CORP,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL CLAIMANTS TO SURPLUS FUNDS AFTER A TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT 1301 S. MALGREN AVE, SAN PEDRO, CA 90732,<br><br>    Defendants. | Case No.: 2:19-cv-3938-TJH-SHSx<br><br>[~~Proposed~~] Judgment<br><br>JS-6 |

Based on the Stipulation to Distribute Interpleader Funds, and all other matters properly made part of the record:

**IT IS ORDERED** that Clear Recon Corp shall pay $26,327.00 to the United States in partial satisfaction of the tax liabilities of Victor Gutierrez. The check shall be made payable to the Department of Treasury and sent to the following address:

U.S. Attorney's Office – Tax Division
Federal Building
Attn: AUSA Jeremy Burkhardt
300 N. Los Angeles St., Room 7211
Los Angeles, CA 90012

1

**IT IS FURTHER ORDERED** that Clear Recon Corp shall pay $22,214.73 to Francisca Gutierrez. The check shall be made payable to Francisca Gutierrez and sent to the following address:

> Francisca Gutierrez
> 1509 West 9th St.
> San Pedro, CA 90732

**IT IS FURTHER ORDERED** that Clear Recon Corp is entitled to its fees and costs of $4,022.28 and shall be paid that amount from the remaining surplus proceeds.

As for the remaining parties, each party bears their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: OCTOBER 22, 2019

*/s/ Terry J. Hatter, Jr.*
Hon. Terry J. Hatter, Jr.
United States District Judge

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **October 11, 2019**, I served

**[PROPOSED] JUDGMENT**

on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. Date of mailing: **October 11, 2019**

Place of mailing: Los Angeles, California

**See attached list**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **October 11, 2019,** Los Angeles, California.


                                                /s/ Barbara Le

                                              **Barbara Le**

RE: CLEAR RECON CORP. V. ALL CLAIMANTS TO SURPLUS FUNDS AFTER A TRUSTEE'S SALE OF REAL PROPERTY LOCATED AT 1301 S. MALGREN AVE, SAN PEDRO, CA 90732

CASE NO.: 2:19-cv-03938 TJH-SHS

Service List

Francisca Gutierrez
1301 S Malgren Avenue
San Pedro, CA 90732-3936

Francisca Gutierrez
28924 S. Western Avenue #100
Rancho Palos Verdes, CA 90275

Accredited Surety and Casualty Co., Inc.
C/O Guy Andriole
3120 San Anseline
Long Beach, CA 90808

State of California
Franchise Tax Board Special
Procedures Section
PO Box 2952
Sacramento, CA 95812-2952

Los Angeles County Tax Collector
225 North Hill Street, Room 160
Los Angeles, CA 90012

Victor Gutierrez
1301 S Malgren Avenue
San Pedro, CA 90732

Accredited Surety and Casualty Co., Inc.
Attn: Cindy Valentin
4798 New Broad Street Suite 200
Orlando, FL 32814

Law Offices of Thomas M. Bundy
10995 Eucalyptus Street
Rancho Cucamonga, CA 91730